AGRESS CONSTRUCTION COMPANY OF BROOKLYN, Respondent, *v.*
ALFRED JURGENS, Appellant.

Supreme Court, Appellate Term, Second Department, January 28, 1926.

**Landlord and tenant — action for rent — motion for summary judgment
— general denial and affidavits show defense — provision that surrender
will not stop rent, unless in writing, may be waived.**

In an action to recover rent, motion by the plaintiff for summary judgment should
have been denied, since it appears that the defendant interposed a general
denial, which, together with the affidavits, tended to establish a defense of
surrender of the premises.

A provision in the lease that no surrender of the premises should stop the running
of the rent, unless the surrender be accepted in writing by the landlord, does
not prevent acceptance and surrender without writing, for the provision may
be waived by the landlord.

APPEAL from an order and judgment of the Municipal Court,
Brooklyn, Sixth District, in an action for rent.

*Joseph B. Merkert*, for the appellant.

*Emanuel Mehl*, for the respondent

PER CURIAM. Judgment and order unanimously reversed upon
the law, with thirty dollars costs to appellant to abide the event,
and motion denied, with ten dollars costs.

There is nothing to show when the defendant's term ended, and
as he moved out on May twenty-ninth, there is no basis shown
for the recovery of the June rent. According to the defendant's
affidavit the May rent was paid by the plaintiff's accepting and
using the security which the defendant had previously put up,
the use of the security for this purpose being by agreement between
the parties. While the defendant has pleaded only a general denial
and has not pleaded payment, or surrender and acceptance, still
where facts are shown in an affidavit opposing a motion for sum-
mary judgment which would constitute a defense if properly
pleaded, the motion cannot prevail. (*Curry* v. *Mackenzie*, 239
N. Y. 267; *Melcher, Inc.*, v. *Graziano*, 212 App. Div. 589.)

There is nothing to show that the lease was a part of the motion
papers. But if it was it does not help the plaintiff. On the face
of the lease its term of ending is not stated. The provision in it
to the effect that no surrender of the premises shall arrest the
payment of rent, unless the surrender be accepted in writing by the
landlord, does not prevent acceptance and surrender without a writ-
ing by the landlord. This provision may be waived by the latter.

Present, CROPSEY, MACCRATE and LEWIS, JJ.